**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        In the Matter of W.J.P.

Appellate case number:     01-19-00988-CV

Trial court case number:   2019-03027J

Trial court:                314th District Court of Harris County

On February 7, 2020, appellant's counsel, Stephen Newhouse, filed a "Motion to Withdraw" requesting that this Court permit him to withdraw because another attorney was appointed to represent appellant on appeal. On the same day, attorney Jerry Michael Acosta filed an appearance, stating that he was appointed to represent appellant on appeal.

Accordingly, we grant the Motion to Withdraw and order the Clerk of this Court to substitute Jerry Michael Acosta for Stephen Newhouse as appellant's counsel of record. *See* TEX. R. APP. P. 6.5(d).

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
                   ☒ Acting individually     ☐ Acting for the Court

Date:    February 25, 2020